UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH L. WALE,

    Plaintiff,

Case No. 16-cv-12211
Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**<u>ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF #23), (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #16), AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #21)</u>**

In this action, Plaintiff Keith L. Wale challenges the denial of his application for disability insurance benefits. (*See* Compl., ECF #1.) Wale and the Defendant, the Commissioner of Social Security, have now filed cross-motions for summary judgment. (*See* ECF ## 16, 21.)

On August 16, 2017, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court grant the Commissioner's motion and deny Wale's motion (the "R&R"). (*See* ECF #23.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.* at Pg. ID 1036.)

1

Wale has not filed any objections to the R&R. The failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).

Accordingly, because Wale has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant the Commissioner's motion and deny Wale's motion is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) Wale's Motion for Summary Judgment (ECF #16) is **DENIED** and (2) the Commissioner's Motion for Summary Judgment (ECF #21) is **GRANTED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 5, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 5, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764